**2008–1814.   Ulliman v. Ulliman.**
Montgomery App. No. 22560, 2008-Ohio-3876. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellee's motion to strike appellant's notice of appeal and memorandum in support of jurisdiction,

It is ordered by the court that the motion is denied and appellee shall file a memorandum in response within 30 days from the date of this entry.